**EXHIBIT 2:** INFRINGEMENT #1
URL: https://hannity.com/media-room/hell-a-officials-monitoring-zombie-drug-thats-causese-flesh-to-rot-graphic/#



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://hannity.com/media-room/hell-a-officials-monitoring-zombie-drug-thats-causese-flesh-to-rot-graphic/#

