**EXHIBIT 1:** PHOTOGRAPH #1



**EXHIBIT 1:** PHOTOGRAPH #2

