**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No: 26-80465-CIV-CANNON**

Stephen Yang,

                Plaintiff,

v.

Sean Patrick Hannity,

                Defendant.

_____/

## NOTICE OF STRIKING

Plaintiff Stephen Yang, by and through his undersigned counsel, respectfully provides notice to the Court and herein requests that the Clerk of Court strike from the record the Proposed Summons filed as ECF No. 14, as the filling inadvertently omitted a portion of Defendant's name.

**SANDERS LAW GROUP**

By: */s/ Craig Sanders*
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*

1