## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 9:26-CV-80465-AMC

Plaintiff: **Stephen Yang**
vs.
Defendant: **Sean Patrick Hannity**

For:
CRAIG SANDERS
SANDERS LAW GROUP
333 Earle Ovington Boulevard
Suite 402
Uniondale, NY 11553

Received by BARRY A. WOLF on the 17th day of June, 2026 at 4:47 pm to be served on **SEAN PATRICK HANNITY, 9 SLOANS CURVE DRIVE, PALM BEACH, FL 33480**.

I, BARRY A. WOLF, being duly sworn, depose and say that on the **27th day of June, 2026** at **1:25 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **AMENDED SUMMONS IN A CIVIL ACTION AND SECOND AMENDED COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **SEAN PATRICK HANNITY** at the address of: **9 SLOANS CURVE DRIVE, PALM BEACH, FL 33480**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/20/2026 12:14 pm Attempted 9 SLOANS CURVE DRIVE, PALM BEACH, FL 33480 No answer, no cars, left my card on the door.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 6'2", Weight: 200, Hair: Grey, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county or judicial circuit in which the process was affected in accordance with State Statutes. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

_____
**BARRY A. WOLF**
CPS#826

**Gotcha Legal Services, Inc.**
**P.O. Box 840324**
**Pembroke Pines, FL 33084**
**(954) 274-1337**

Our Job Serial Number: CIZ-2026013181
Ref: 128266

Subscribed and Sworn to before me by means of [X] physical presence or [ ] online notarization this the ___ day of _____ June _____, 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CHRIS YEOMAN
Commission # HH 455722
Expires November 27, 2027



Case 9:26-cv-80465-AMC   Document 16   Entered on FLSD Docket 05/21/2026   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

DATE: 6/27/26
TIME: 1:25pm
SERVER: B.W.
ID# CP5826

|  |  |
|---|---|
| Stephen Yang, | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. 9:26-cv-80465-AMC |
| | ) |
| Sean Patrick Hannity, | ) |
| *Defendant(s)* | ) |

### AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   Sean Patrick Hannity
   9 Sloans Curve Drive
   Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CRAIG B. SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   May 21, 2026
_____



**SUMMONS**

s/ B. Chin
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court