**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No: 26-80465-CIV-CANNON**

Stephen Yang,

                Plaintiff,

v.

Sean Patrick Hannity,

                Defendant.

_____/

## <u>APPEARANCE OF COUNSEL</u>

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as counsel for the plaintiff Stephen Yang.

Dated: July 15, 2026

             **SANDERS LAW GROUP**

             By: *<u>/s/ Joshua D. Vera</u>*
             Joshua D. Vera, Esq.
             Florida Bar No.: 1047709
             333 Earle Ovington Blvd, Suite 402
             Uniondale, NY 11553
             Tel: (516) 203-7600
             Email: jvera@sanderslaw.group
             *Attorneys for Plaintiff*