**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No: 26-80465-CIV-CANNON**

Stephen Yang,

        Plaintiff,

v.

Sean Patrick Hannity,

        Defendant.

_____/

**STIPULATION UNDER FED. R. CIV. P. 4(d) TO STRIKE**
**AFFIDAVIT OF SERVICE AND FOR LEAVE TO SUBMIT SERVICE WAIVER**

Plaintiff Stephen Yang ("*Plaintiff*") and defendant Sean Patrick Hannity ("Defendant") submit the following joint stipulation in accordance with Rule 4(d) of the Federal Rules of Civil Procedure:

WHEREAS, Plaintiff filed an affidavit of service in the above-captioned action on July 6, 2026 (*Dkt. No.* 18), asserting the Defendant was served with process on June 27, 2026 (*Id.*);

WHEREAS, Defendant thereafter raised a dispute as to the sufficiency of Plaintiff's perfection of service and the operative affidavit of service;

WHEREAS, in the interest of avoiding burdening the Court with a challenge to service of process upon Defendant, Plaintiff has requested, and Defendant has agreed to

waive service in the instant case and Defendant, via counsel, has executed a Service Waiver in this regard which accompanies this submission as *Exhibit 1*;

WHEREAS, the parties request the Court strike the operative Affidavit of Service (*Dkt. No. 18*) so that Plaintiff may submit Defendant's Service Waiver with respect to the instant action.

**NOW, THEREFORE,** the parties hereby stipulate and respectfully request that the Court strike the operative Affidavit of Service and grant Plaintiff leave to file Defendant's Service Waiver in this action so the instant matter may proceed unabated.

Dated: July 15, 2026

<table>
<tr><td><strong>MCHALE & SLAVIN, P.A.</strong></td><td><strong>SANDERS LAW GROUP</strong></td></tr>
<tr><td>By: <em>/s/ Andrew D. Lockton</em><br>Andrew D. Lockton, Esq.<br>Florida Bar No.: 115519<br>2855 PGA Blvd,<br>Palm Beach Gardens, FL 33410<br>Tel: (561) 625-6575<br>Email: alockton@mchaleslavin.com<br><em>Attorneys for Defendant</em></td><td><em>By: /s/ Joshua D. Vera</em><br>Joshua D. Vera, Esq.<br>Florida Bar No. 1047709<br>333 Earle Ovington Blvd, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7600<br>Email: jvera@sanderslaw.group<br><em>Attorneys for Plaintiff</em></td></tr>
</table>

**SO ORDERED**

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**