**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No: 26-80465-CIV-CANNON**

Stephen Yang,

                Plaintiff,

v.

Sean Patrick Hannity,

                Defendant.

_____/

### UNOPPOSED MOTION TO STRIKE AFFIDAVIT OF SERVICE

Plaintiff, Stephen Yang, ("*Plaintiff*") by and through his undersigned counsel, respectfully moves this Court for entry of an Order striking the operative Affidavit of Service (*Dkt. No. 18*) from the Court's docket, and as grounds therefor states as follows:

1.      Plaintiff commenced this action on April 22, 2026. *Dkt. No. 1.*

2.      On May 12, 2026, Plaintiff submitted his Second Amended Complaint which became the operative pleading in this matter. *See Dkt No. 13*.

3.      On July 6, 2026, Plaintiff submitted an affidavit of service asserting Defendant was served with process on June 27, 2026. *Dkt. No.* 18.

4.      Thereafter, Defendant raised a dispute as to the sufficiency of Plaintiff's perfection of service and the operative Affidavit of Service.

5.      Before a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of a summons must be satisfied. *Fencl v. PB&J Resorts II (Jamaica) Ltd.*, No. 6:22-CV-833-CEM-DCI, 2022 WL 19914480, at \*1 (M.D. Fla. Aug. 29, 2022)

6.      In an effort to avoid burdening the Court with a challenge to service of process upon Defendant, Plaintiff has requested, and Defendant has agreed to waive service in the instant case and Defendant, via counsel, has executed a Service Waiver in this regard.

7.      As such, Plaintiff requests the Court strike the operative Affidavit of Service (*Dkt. No. 18*) so that Plaintiff may submit Defendant's Service Waiver with respect to the instant action and in accordance with the Court's July 16, 2026, Order.[1]

WHEREFORE, based on the foregoing reasons, Plaintiff respectfully requests this Court enter an Order striking the operative Affidavit of Service from the Court's docket.

**LOCAL RULE 7.1(a)(3) PRE-FILING CERTIFICATION**

Pursuant to Local Civil Rule 7.1(a)(3), Plaintiff's counsel conferred with the opposing party regarding the instant motion and Defendant consents to the requested relief.

Dated: July 16, 2026

**SANDERS LAW GROUP**

By: */s/ Joshua D. Vera*
Joshua D. Vera, Esq.
Florida Bar No. 1047709
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group
*Attorneys for Plaintiff*

---

[1]     *Text only entry dated July 16, 2026.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Joshua D. Vera
Joshua D. Vera, Esq.