**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**Case No: 26-80465-CIV-CANNON**

Stephen Yang,

        Plaintiff,

v.

Sean Patrick Hannity,

        Defendant.

_____/

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
TO STRIKE AFFIDAVIT OF SERVICE**

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion to Strike Affidavit of Service (D.E. 25) (the "*Motion*"), filed July 16, 2026, and the Court having reviewed the Motion, the record, and being otherwise duly advised in the premises, it is hereby**:**

**ORDERED AND ADJUGED** that the Motion is **GRANTED**. The Clerk of Court is DIRECTED to strike Plaintiff's Affidavit of Service, filed July 6, 2026, from the docket.

**DONE AND ORDERED in Chambers at Fort Pierce, Florida, this _____ day of July 2026.**

                                    **SO ORDERED**

                                  _____

                                  **AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

Copies provided to:

Counsel of Record